### 10942.   JOHNSON *v.* THE STATE.

LUKE, J. This case is here upon the sole assignment of error that the verdict is contrary to the evidence. The case is very weak, but there is some evidence to support the verdict. Where a verdict with some evidence to support it meets with the approval of the trial judge, and no error of law is shown, this court can not set the verdict aside.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1919.

Indictment for larceny; from Cobb superior court—Judge Morris. September 13, 1919.

*Charles M. Brown, W. E. Roberts, Clay & Giles,* for plaintiff in error.

*John T. Dorsey, solicitor-general, William Butt,* contra.